TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
ABC Legal Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE THEODORE JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: CV11-03824 SI<br><br>**NOTICE OF APPEARANCE OF TOMIO B. NARITA AS COUNSEL FOR DEFENDANT** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

1  PLEASE TAKE NOTICE that Tomio B. Narita, Esq. of the law firm
2  Simmonds & Narita LLP hereby notes his appearance as counsel for defendant
3  ABC Legal Services, Inc.
4
5
6  DATED: October 2, 2011           SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
7                                   JEFFREY C. TOPOR
8
9
10                                  By:  s/Tomio B. Narita
                                         Tomio B. Narita
11                                       Attorneys for Defendant
                                         ABC Legal Services, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28