```
 1  Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
 2  12 South First Street, Suite 1014
    San Jose, California  95113-2418
 3  Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
 4  Email Address: fred.schwinn@sjconsumerlaw.com

 5  Attorney for Plaintiff
    KATHERINE THEODORE JONES
 6
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| KATHERINE THEODORE JONES, | Case No. 3:11-CV-03824-EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PR~~OPOS~~ED] ORDER** |
| v. | |
| ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KATHERINE THEODORE JONES, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KATHERINE THEODORE JONES, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
2                                               Attorney for Plaintiff
3                                               KATHERINE THEODORE JONES

4
5  Dated:  December 20, 2012                    /s/ William S. Weisberg
                                                William S. Weisberg, Esq.
                                                Attorney for Defendant
6                                               ABC LEGAL SERVICES, INC.
7

8
9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
10

11  Dated:  ____1/10/13_____

                                                The Honorable Edward M. Chen
                                                Judge

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        Case No. 3:11-CV-03824-EMC