Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
KATHERINE THEODORE JONES

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| KATHERINE THEODORE JONES, | Case No. 3:11-CV-03824-EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KATHERINE THEODORE JONES, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KATHERINE THEODORE JONES, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  December 20, 2012 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>KATHERINE THEODORE JONES |
| Dated:  December 20, 2012 | /s/ William S. Weisberg<br>William S. Weisberg, Esq.<br>Attorney for Defendant<br>ABC LEGAL SERVICES, INC. |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated:  1/10/13

The Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA